United States District Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:24-CR-524 |
| | § | |
| GABRIEL ELIAZIN CERVANTES-MARTINEZ | § | |

### ORDER

The Court has considered Defendant Gabriel Eliazin Cervantes-Martinez's Unopposed Motion to Set Defendant's Sentencing to an Earlier Date (Doc. 20) and finds that good cause exists for the requested relief. As a result, it is:

**ORDERED** that Defendant Gabriel Eliazin Cervantes-Martinez's Unopposed Motion to Set Defendant's Sentencing to an Earlier Date (Doc. 20) is **GRANTED**; and

**ORDERED** that the sentencing hearing is reset from January 6, 2025 to **December 17, 2024** at **8:30 a.m**.

SIGNED on November 25, 2024.

_____
Fernando Rodriguez, Jr
United States District Judge